

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theo Hanson both as an individual, and derivately as a shareholder of United Green Industries, Inc.<br><br>**Plaintiff,**<br><br>V.<br><br>Mark Hanson individually and as Director of Heartland Coalition, Inc and James M. Hester both as an individual, and Vice-President of Heartland Coalition, Inc.<br><br>**Defendant.** | Civil Action No.   14-cv-356-MMA-BGS<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Court dismisses case without prejudice.

Date:        2/11/15

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  V. Mosqueda

V. Mosqueda, Deputy